JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TECHNOLOGY INSURANCE
COMPANY INC.,

          Plaintiff,

   v.

THE BANCORP BANK N.A., et al.,

          Defendants.

Case No.  CV 26-242-GW-Ex

**ORDER TO DISMISS WITHOUT PREJUDICE**

    In light of Plaintiff's Notice/Request for Dismissal Without Prejudice [5], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

    IT IS SO ORDERED.

Dated: January 21, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE